# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TAMARA COLON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNACAST, LLC,<br><br>Defendant. | Case No. 1:20-cv-03317<br><br>**Hon. Robert M. Dow, Jr.**<br><br>Magistrate Judge M. David Weisman |

## NOTICE OF PLAINTIFF'S MOTION TO REMAND

**PLEASE TAKE NOTICE** that on July 3, 2020, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, ***Plaintiff's Motion to Remand***, copies of which are attached and hereby served upon you, and which will be brought before the Honorable Judge Dow, or any judge sitting in his stead, in the courtroom usually occupied by him in the U.S. District Courthouse, 219 S. Dearborn Street, Chicago, Illinois, on the 14th day of July, 2020, at 9:15 a.m. or as soon thereafter as counsel may be heard.

Dated: July 3, 2020

Alejandro Caffarelli
Madeline K. Engel
Caffarelli & Associates Ltd.
224 South Michigan Avenue, Suite 300
Chicago, Illinois 60604
Tel. (312) 763-6880
acaffarelli@caffarelli.com
mengel@caffarelli.com

Respectfully submitted,

TAMARA COLON, individually and on behalf of all others similarly situated,

By: /s/ *Madeline K. Engel*
    Attorney for the Plaintiff