# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TAMARA COLON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

DYNACAST, LLC,

Defendant.

Case No. 1:19-cv-04561

**Hon. Robert M. Dow, Jr.**

Magistrate Judge M. David Weisman

## AFFIDAVIT OF MARY STOCKFISCH

I, Mary Stockfisch, do hereby swear and affirm that the following is true and correct:

1. I am an employee of Dynacast, LLC.

2. My title is Human Resources Generalist.

3. I have reviewed employee records for Dynacast, LLC, from the time period of April 3, 2014, through February 6, 2017, the approximate date at which Dynacast, LLC stopped using the time clock system at issue.

4. Based on my review of those employee records, it is Dynacast LLC's current belief that there are 305 employees who used the time clocks at issue during the period described above.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Mary Stockfisch

Executed on August 22, 2019

58702552v.1